UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:12-CV-00475-BR

| | | |
|---|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ROBERT TERRY ELLISON, | ) | |
| TABATHA ELLISON JONES, | ) | |
| EDWARDYNE ANN ELLISON III, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on plaintiff's motion for discharge from further liability, permanent injunction, and dismissal with prejudice. None of the defendants filed a response to the motion. The motion is ALLOWED. It is hereby ORDERED that:

1. Defendants are permanently enjoined and restrained from instituting or prosecuting any action in any federal or state court against plaintiff for the life insurance benefits payable as consequence of the death of Edwardyne Ann Williams under Policy Number 3738799 (the "Policy");

2. Plaintiff is discharged from any and all liability relating to the Policy and benefits due under the Policy and is DISMISSED from this action with prejudice; and,

3. Within 20 days of the date this order is filed, defendants are DIRECTED to interplead in this cause of action and assert such claims to the Policy proceeds as

they shall have or forever be barred therefrom.

This 28 November 2012.

                                  _W. Earl Britt_
                                  W. Earl Britt
                                  Senior U.S. District Judge