UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:12-CV-00475-BR

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| ROBERT TERRY ELLISON, ) | |
| TABATHA ELLISON JONES, ) | |
| EDWARDYNE ANN ELLISON III, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the response of defendant Robert Terry Ellison to the court's 29 April 2013 order. (DE # 26.) In that order, the court directed Ellison to show cause why the life insurance policy proceeds currently on deposit with the Clerk should not be distributed equally between defendants Tabatha Ellison Jones and Edwardyne Ann Ellison III and why he should not be barred from receiving any of those proceeds. (DE # 25.) Ellison responds that he disputes the claim to the proceeds of defendants Jones and Edwardyne Ellison and that he, as the legal beneficiary and son of the decedent/insured Edwardyne Ann Williams, is entitled to proceeds until it is established by a court of competent jurisdiction that he is a "slayer" under N.C. Gen. Stat. § 31A-3. Because Ellison disputes the claim and because the first degree murder proceedings against him in Cumberland County Superior Court remain pending, this case is hereby STAYED pending the resolution of those criminal proceedings. Upon

conclusion of the criminal proceedings, a party shall notify the court in writing of the result.

This 25 June 2013.

                                                                W. Earl Britt
                                                                Senior U.S. District Judge