UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:12-CV-00475-BR

| | | |
|---|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ROBERT TERRY ELLISON, | ) | |
| TABATHA ELLISON JONES, | ) | |
| EDWARDYNE ANN ELLISON III, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the letters of defendants Tabatha Marie Miller (previously known as Tabatha Ellison Jones) and Edwardyne Ann Ellison III. (DE ## 31, 32.) In those letters, these defendants request that the remaining balance of life insurance proceeds currently held by the Clerk be distributed to them and that defendant Robert Terry Ellison be precluded from receiving any proceeds because he was convicted of murder of Edwardyne Ann Williams, the insured, on 23 November 2015. To the extent the letters could be deemed motions, they are DENIED WITHOUT PREJUDICE subject to renewal upon the conclusion of Robert Ellison's direct appeal of his murder conviction. The court reminds the parties that any document they submit to the court must be served on every other party to the action and contain a certificate of service identifying the manner in which service was accomplished. See Fed. R. Civ. P. 5; Local Civ. R. 5.1(f). The Clerk is DIRECTED to serve a copy of this order on Robert

Ellison at his place of incarceration as indicated on http://www.ncdps.gov/DPS-Services/Crime-Data/Offender-Search.

This 22 February 2017.

	_____
	W. Earl Britt
	Senior U.S. District Judge